IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Commodore Jackson (R-59842), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19 C 7327 |
| v. | ) | |
| | ) | Hon. Robert M. Dow, Jr. |
| Sgt. Sandoval, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

    Plaintiff has submitted a complaint [1] but did not prepay the filing fee or file an application for leave to proceed *in forma pauperis*. By December 20, 2019, Plaintiff must either: (1) submit a completed application for leave to proceed *in forma pauperis* that includes a certified copy of the trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint and a completed certification from the appropriate official of each prison where Plaintiff is or was confined during the last six months; or (2) pay the full statutory filing fee of $400. If he does not comply, the Court will summarily dismiss this case. The Clerk is directed to send Plaintiff a blank application to proceed *in forma pauperis*, along with a copy of this order.

Dated: November 19, 2019

_____
Robert M. Dow, Jr.
United States District Judge

2019 NOV 19 PM 2:38